# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**LARRY W. KELLY, JR.,**                                                                 **PETITIONER**
**REG. #07533-095**

v.                                        Case No. 2:24-cv-00061-KGB

USA                                                                                       **RESPONDENT**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that petitioner Larry W. Kelly, Jr.'s petition for writ of *habeas corpus* is dismissed without prejudice.

It is so adjudged this the 26th day of January, 2026.

_____
Kristine G. Baker
Chief United States District Judge